UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GERALD NUNGESTER, SHELIA NUNGESTER, JEFFREY PARKER and SANDRA PARKER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AHMSI INSURANCE AGENCY INC. D/B/A BELT LINE INSURANCE AGENCY, HOMEWARD RESIDENTIAL HOLDINGS INC. F/K/A AMERICAN HOME MORTGAGE SERVICING, INC., QBE FINANCIAL INSTITUTION RISK SERVICES INC. F/K/A STERLING NATIONAL CORPORATION F/K/A ZC STERLING CORPORATION, QBE INSURANCE CORPORATION, QBE SPECIALTY INSURANCE COMPANY, WL ROSS & CO., LLC, WLR AHM CO-INVEST, L.P., WLR/GS MASTER CO-INVESTMENT, L.P., WLR RECOVERY FUND III, L.P., WLR RECOVERY FUND IV, L.P., and WLR IV PARALLEL ESC, L.P.,<br><br>Defendants. | Case No. 14 Civ. 07338 (AJN)<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, all plaintiffs hereby give notice that the above-captioned action is voluntarily dismissed without prejudice as against all defendants.

Dated:  October 14, 2015

Respectfully submitted,

 /s/ *Mark A. Strauss*
Mark A. Strauss
KIRBY MCINERNEY LLP
825 Third Avenue, 16th Floor
New York, NY 10036
Telephone:  (212) 371-6600
Facsimile:  (212) 751-2540
*Counsel for Plaintiffs*